UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| **DAVID TYRON JONES,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 3:23-cv-00002 |
| | ) Judge Trauger |
| **SHELBY COUNTY SHERIFF DEPARTMENT, et al.,** | ) |
| | ) |
| Defendants. | ) |

## ORDER

Plaintiff David Tyron Jones filed a pro se complaint against the Shelby County Sheriff's Department, Bill Oldham, and the "Shelby County Sheriff Mob." (Doc. No. 1.) The court denied the plaintiff's in forma pauperis application without prejudice and ordered the plaintiff to, within thirty days, submit an amended application or pay the full civil filing fee. (Doc. No. 4). The court warned the plaintiff that failure to comply or request an extension by the deadline would result in dismissal. *Id*. The plaintiff, however, has not communicated with the court by the deadline. In addition, a copy of the court's order—mailed to the plaintiff's address of record—has been returned by the U.S. Postal Service with the notations "not deliverable" and "unable to forward." (Doc. No. 5.)

Because Jones has not paid the filing fee, this suit may not proceed on the merits in federal court. 28 U.S.C. § 1914. In addition, this action is subject to dismissal for failure to keep the court apprised of a current mailing address, M.D. Tenn. L. R. 41.01(b), and want of prosecution. Fed. R. Civ. P. 41(b); *Carpenter v. City of Flint*, 723 F.3d 700, 704 (6th Cir. 2013); *Link v. Wabash R.R.*, 370 U.S. 626, 630 (1962). Accordingly, this case is **DISMISSED WITHOUT**

**PREJUDICE**. This form of dismissal allows the plaintiff to initiate a new civil action regarding these or other matters, subject to all applicable rules and time limits.

It is so **ORDERED**.

_____
Aleta A. Trauger
United States District Judge

2

Case 3:23-cv-00002   Document 6   Filed 02/23/23   Page 2 of 2 PageID #: 15